IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01351-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022;
2.     APPROXIMATELY $17,344.39 IN SUNFLOWER BANK CHECKING ACCOUNT # 1100035300;
3.     2009 HUMMER SUT LUXURY, VIN: 5GRGN02279H100429;
4.     2008 HUMMER UTILITY PASSENGER VEHICLE, VIN: 5GRGN23828H101341; and
5.     $945,572.89 FROM CANVAS CREDIT UNION CHECKING ACCOUNT # 626207;

    Defendants.

---

### WARRANT FOR ARREST OF PROPERTY *IN REM*
---

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a. Approximately $17,344.39 in Sunflower Bank Checking Account # 1100035300;
    b. 2009 Hummer SUT Luxury, Vin: 5GRGN02279H100429;
    c. 2008 Hummer Utility Passenger Vehicle, Vin: 5GRGN23828H101341;
    d. $945,572.89 from Canvas Credit Union Checking Account # 626207,

1

DATED this 1st day of June 2022.



                JEFFREY P. COLWELL
                Clerk of the U.S. District Court

            By: s/C. Madrid
                Deputy Clerk