UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 22-cv-1351-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022;
2.     APPROXIMATELY $17,344.39 IN SUNFLOWER BANK CHECKING ACCOUNT #1100035300;
3.     2009 HUMMER SUT LUXURY, VIN: 5GRGN02279H100429;
4.     2008 HUMMER UTILITY PASSENGER VEHICLE, VIN: 5GRGN23828H101341; and
5.     $945,572.89 FROM CANVAS CREDIT UNION CHECKING ACCOUNT #626207,

    Defendants.

---

## UNOPPOSED MOTION TO STAY ALL PROCEEDINGS

---

**Undersigned conferred with the Government per local rule and the Motion is unopposed.**

NOW COMES Claimant Dejane Lattany and states as follows:

This is a forfeiture case brought under 18 U.S.C. §981.

18 U.S.C. §981(g)(2) states:

Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that-

    (A) the claimant is the subject of a related criminal investigation or case;

    (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and

1

>   (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

In *United States v. 10131 Grape Court*, 2018 U.S. Dist. LEXIS 152420 (D. Colo. Sep. 7, 2018), the Court quoted this subsection and held, "When a claimant satisfies all the elements of the statute, he or she is entitled to a stay of pending forfeiture proceedings." *Id.* at 3, *citing United States v. Real Prop. Located at Layton, Utah 84040*, 2007 WL 2572385, at *1 (D. Utah Sept. 5, 2007).

In this case, the Claimant Littany satisfies all of the elements of the statute.

First, she and three related companies, Aggie's Angels Care Providers, A&L Care Systems, and IGU Management, are the subject of a related criminal investigation. She and these three companies have recently been served with grand jury subpoenas seeking records related to the issues raised in the Complaint raised and identified in the Complaint in this case.

These issues, which Lattany denies, are summarized in ¶12 of the Complaint: "As detailed below, from approximately June 2020 through at least January 2022, Dejane Lattany (Lattany) perpetrated a scheme to obtain PPP loan proceeds by submitting PPP applications, in which she made material misrepresentations, and then subsequently diverted the vast majority of business PPP loan proceeds to personal accounts and/or used the vast majority of PPP loan proceeds to pay for nonbusiness related expenses, including purchasing a personal residence and two vehicles." This satisfies the first element. *Id.*

Second, Lattany has standing to assert a claim in the civil forfeiture proceeding because she has claimed an interest in the Defendants in this case.

And third, continuation of the forfeiture proceeding will burden Lattany's right against self-incrimination in the related investigation and any related criminal case that may be

subsequently filed against her. More specifically, the closeness of the relationship between the allegations in this case and those in the criminal investigation places Lattany in an unfair dilemma with respect to invoking her rights against self-incrimination under the Fifth Amendment.

Counsel has discussed this motion with AUSA Laura B. Hurd, and she does not oppose staying this case as related to the Defendants until Claimant Dejane Lattany's criminal investigation and any subsequent case is resolved.

WHEREFORE, the Defendants respectfully request that the Court enter an Order staying all proceedings in this case until the conclusion of all criminal investigations and proceedings against the Claimant Dejane Lattany that are related to this matter.

                                      Respectfully submitted for the Claimant

                                      *s/Jason Flores-Williams, Esq.*
                                      1851 Bassett St., #509
                                      Denver, CO 80202
                                      Phone: 303-514-4524
                                      Email: Jfw@jfwlaw.net
                                      *Counsel for Defendants/Claimant*

Date: 7.1.22

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                      /s/ Jason Flores-Williams
                                      Jason Flores-Williams