IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01351-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. 11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022;
2. APPROXIMATELY $17,344.39 IN SUNFLOWER BANK CHECKING ACCOUNT #1100035300;
3. 2009 HUMMER SUT LUXURY, VIN: 5GRGN02279H100429;
4. 2008 HUMMER UTILITY PASSENGER VEHICLE, VIN: 5GRGN23828H101341; and
5. $945,572.89 FROM CANVAS CREDIT UNION CHECKING ACCOUNT # 626207,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Claimant Dejane Lattany's Unopposed Motion to Stay All Proceedings (Dkt. #10) is GRANTED. All proceedings are STAYED pursuant to 18 U.S.C. §981(g)(2) until the conclusion of all criminal investigations and proceedings against the Claimant Dejane Lattany that are related to this matter. The parties are directed to file a Status Report on or before December 7, 2022 or within three days of any disposition in the criminal proceeding, whichever comes first.

It is further ORDERED that the Status Conference set for August 15, 2022 at 11:00 a.m. is VACATED.

It is further ORDERED that the duplicative Motion to Stay (Dkt. #11) is DENIED as moot.

Date: July 8, 2022