IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01351-RM-SP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022;
2.    APPROXIMATELY $17,344.39 IN SUNFLOWER BANK CHECKING ACCOUNT # 1100035300;
3.    2009 HUMMER SUT LUXURY, VIN: 5GRGN02279H100429;
4.    2008 HUMMER UTILITY PASSENGER VEHICLE, VIN: 5GRGN23828H101341; and
5.    $945,572.89 FROM CANVAS CREDIT UNION CHECKING ACCOUNT # 626207,

    Defendants.

_____

**JOINT STATUS REPORT – June 7, 2023**
_____

    COMES NOW the United States of America (the "United States"), by United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd and Claimant Dejane Lattany, by and through Jason Flores-Williams, *Esq.*, pursuant to Magistrate Judge Neureiter's Minute Order (ECF Doc. 20), and hereby files a status report, stating the following:

    1.    On May 31, 2022, the United States filed a *Verified Forfeiture Complaint* for Forfeiture *In Rem* against the above-captioned defendant assets. (ECF Doc. 1). The United States sent notice of the forfeiture action to all known interested parties

1

pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (ECF Doc. 8).

2. On July 1, 2022, Claimant Dejane Lattany, by and through counsel Jason Flores-Williams, *Esq*., filed a motion to stay the proceedings pending the resolution of the related criminal investigation and any proceedings, which was granted by the Court on July 8, 2022. (ECF Docs. 10, 13).

3. On March 17, 2023, Dejane Lattany was charged by single-count Information in *United States v. Dejane Reaniece Lattany*, criminal case No. 23-cr-00074-NYW, charging a violation of 18 U.S.C. § 1343. (ECF Doc. 1, criminal case no. 23-cr-00074-NYW). On April 26, 2023, Dejane Lattany entered into a Plea Agreement with the United States. *Id*. at ECF Doc. 13. Claimant Dejane Lattany's sentencing hearing is currently set for August 15, 2023. *Id*. at ECF Doc. 12.

4. Accordingly, once sentencing has occurred and judgment enters in the criminal case, a stay will no longer be necessary in this case.

DATED this 7th day of June 2023.

Respectfully submitted,

By: *s/ Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Email: laura.hurd@usdoj.gov

By:    *s/ Jason Flores-Williams*
Jason Flores-Williams
1851 Bassett St., #509
Denver, CO 80202
Phone: 303-514-4524
Email: Jfw@jfwlaw.net
*Counsel for Claimant Dejane Lattany*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

*s/ Jody Gladura*
FSA Federal Paralegal
Office of the U.S. Attorney