**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore**

Civil Action No. 22-cv-01351-RM-SBP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022;**
2. APPROXIMATELY $17,344.39 IN SUNFLOWER BANK CHECKING ACCOUNT # 1100035300;
3. 2009 HUMMER SUT LUXURY, VIN: 5GRGN02279H100429;
4. 2008 HUMMER UTILITY PASSENGER VEHICLE, VIN: 5GRGN23828H101341; and
5. $945,572.89 FROM CANVAS CREDIT UNION CHECKING ACCOUNT # 626207,

    Defendants.

---

**ORDER GRANTING UNITED STATES' MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT 11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022**

---

Before the Court is Plaintiff's Motion for Summary Judgment as to Defendant 11125 Quintero Court, Commerce City, Colorado, 80022.  (ECF No. 85.)  No response to the Motion has been filed, and Default Judgment has already entered for the other four Defendants.

On review, the Court FINDs that:

The government commenced this action by filing a Verified Complaint for Forfeiture in rem alleging that the Defendant assets were subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C);

The government filed its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 on April 2, 2025; and

There was no response filed by Claimant Matthew Hogan or any other interested party.

THE COURT THEREFORE FINDS AND ORDERS:

THAT summary judgment is appropriate when the Court, viewing the facts in the light most favorable to the non-moving party, finds that there is "no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); *see Lewis v. Circuit City Stores, Inc.*, 500 F.3d 1140, 1146 (10th Cir. 2007);

THAT the Court adopts and incorporates Plaintiff's Undisputed Material Facts (ECF Doc. 86) and the legal basis for forfeiture set forth in its Motion for Summary Judgment (ECF Doc. 85) into this Order;

THAT the Court finds there are no genuine disputes as to any material fact;

THAT the Court further finds that the government is entitled to judgment as a matter of law;

THAT defendant 11125 Quintero Court, Commerce, City, Colorado, 80022 is subject to forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(A) and (C), based on violations of 18 U.S.C. § 1343 and 1957;

THAT the Motion is GRANTED;

THAT the pending Motion for Sanctions (ECF No. 68) is DENIED AS MOOT; and

THAT the Court will issue a Final Order of Forfeiture and Judgment upon the government's Motion.

DATED this 9th day of May, 2025.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge