## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Raymond P. Moore

Civil Action No. 22-cv-01351-RM-SBP

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022;**
2. APPROXIMATELY $17,344.39 IN SUNFLOWER BANK CHECKING ACCOUNT # 1100035300;
3. 2009 HUMMER SUT LUXURY, VIN: 5GRGN02279H100429;
4. 2008 HUMMER UTILITY PASSENGER VEHICLE, VIN: 5GRGN23828H101341; and
5. $945,572.89 FROM CANVAS CREDIT UNION CHECKING ACCOUNT # 626207,

       Defendants.

---

### FINAL ORDER OF FORFEITURE AS TO 11125 QUINTERO COURT, COMMERCE CITY, COLORADO, 80022

---

THIS MATTER comes before the Court on the *United States' Motion for Final Order of Forfeiture as to Defendant 11125 Quintero Court, Commerce City, Colorado, 80022*, the Court having reviewed said Motion FINDS:

THAT the United States commenced this civil forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C);

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to 11125 Quintero Court, Commerce City, Colorado 80022, more fully described as:

> LOT 26, REUNION FILING NO. 23, CITY OF COMMERCE CITY,
> COUNTY OF ADAMS, STATE OF COLORADO, ACCORDING TO THE
> RECORDED PLAT THEREOF.

THAT all known interested parties have been provided an opportunity to respond and that publication has been completed as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Ruairi Peace Integrity LLC (Nevis) was given notice of the Verified Complaint and was provided an opportunity to respond and did not file a Claim;

THAT Claimant Matthew Hogan filed a response to the Verified Complaint for Forfeiture *In rem*, which the Court accepted as a Claim to the subject property;

THAT all liens and encumbrances attached to defendant 11125 Quintero Court, Commerce City, Colorado 80022 after the United States' Notice of *Lis Pendens* was recorded on June 1, 2022, at Reception #2022000048090 are subject to this litigation and are released and extinguished from title to the defendant real property;

THAT no other claims to defendant 11125 Quintero Court, Commerce City, Colorado 80022 have been filed; and

THAT on May 9, 2025, the Court entered an Order for Summary Judgment in favor of the United States.

IT IS THEREFORE ORDERED:

THAT the *United States' Motion for Order of Forfeiture as to Defendant 11125 Quintero Court, Commerce City, Colorado, 80022* (Doc. 109) is GRANTED;

THAT Ruairi Peace Integrity LLC (Nevis)'s Deed of Trust, recorded at Reception number 2022000039439 in Adams County, Colorado attached to defendant 11125 Quintero Court, Commerce City, Colorado 80022 is released and extinguished for its failure to file a claim and contest the forfeiture;

2

THAT all liens and encumbrances attached to defendant 11125 Quintero Court, Commerce City, Colorado 80022 after the United States' Notice of *Lis Pendens* recorded on June 1, 2022, at Reception number 2022000048090 are extinguished and released from title to defendant 11125 Quintero Court, Commerce City, Colorado 80022, including the judgment liens recorded at Reception number 2023000031382 on June 5, 2023, and Reception number 2023000052108 on September 13, 2023;

THAT the United States shall have full and legal title to defendant 11125 Quintero Court, Commerce City, Colorado 80022, more fully described as:

LOT 26, REUNION FILING NO. 23, CITY OF COMMERCE CITY,
COUNTY OF ADAMS, STATE OF COLORADO, ACCORDING TO THE
RECORDED PLAT THEREOF,

free from all liens and encumbrances;

THAT the United States may dispose of defendant 11125 Quintero Court, Commerce City, Colorado 80022 in accordance with law;

THAT the Clerk of the Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant 11125 Quintero Court, Commerce City, Colorado 80022, pursuant to 28 U.S.C. § 2465.

DATED this 13th day of November, 2025.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge

3